No. 83–6599.  BURKS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 83–6601.  EMERY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 83–6604.  VENKATESAN *v.* INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL–CIO, LOCAL UNION 545–D. C. A. 2d Cir.  Certiorari denied.

No. 83–6606.  HENDERSON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 83–6622.  TERRELL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–6624.  CHILCOTE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–6629.  KAVANAUGH *v.* SPERRY UNIVAC.  C. A. 7th Cir.  Certiorari denied.

No. 83–6635.  AISPURO ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 83–6637.  KOPPE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–6639.  JACKSON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–6640.  BEERBOWER *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 6th Cir.  Certiorari denied.

No. 83–6650.  RANDAZZA *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 83–6662.  LININGER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 82–1691.  ILLINOIS *v.* WILLIAMS.  Sup. Ct. Ill.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.  JUSTICE WHITE took no part in the consideration or decision of this motion and this petition.